19-1678

FILED
2019 MAY 10 PM 1:26
CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Dear Honorable Judge

Motion

Laquita Harris has schizophrenia and bipolar. On May 9th 2019 we went to 341 meeting. Laquita had a panic attack so we left. I'm writing on behalf of Laquita to request a over the phone interview of 341 meeting. It is in her best interest Not to be in the courtroom setting. And she meet for Section 508

*[signature]*
5/10/19